**Alphonso E. MCALESTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 69878.

Missouri Court of Appeals,
Western District.

Dec. 15, 2009.

S. Kate Webber, for Appellant.

Daniel N. McPherson, for Respondent.

Before Division Two: JOSEPH M. ELLIS, P.J., and VICTOR C. HOWARD, and JAMES E. WELSH, JJ.

***ORDER***

PER CURIAM:

Alphonso McAlester appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief following an evidentiary hearing. McAlester sought to vacate his conviction and five year sentence for second-degree statutory rape. On appeal, he contends that the motion court clearly erred in denying his motion because he did not waive his right to self-representation by pleading guilty and his guilty plea was unknowing and involuntary because had he been permitted to represent himself, he would not have pleaded guilty and would have gone to trial.

The judgment is affirmed. Rule 84.16(b).

■

**Rickey KIDD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 70285.

Missouri Court of Appeals,
Western District.

Dec. 15, 2009.

Susan L. Hogan, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

***ORDER***

PER CURIAM:

Rickey Kidd appeals from the denial of his Rule 24.035 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value. A memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).